

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-14-00114-CV

## IN RE JUSTIN SMITH, ASI AVIATION, LLC, AND ASI TEXAS COMPANY HOLDING, LLP

---

**Original Proceeding**

---

## MEMORANDUM OPINION

---

The consolidated petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(d). We vacate our stay order dated April 28, 2014. CPG Leasing's request for sanctions is denied.


REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed August 28, 2014